**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01326-REB-KLM

MKBS, LLC d/b/a METRO TAXI,

    Plaintiff,

v.

RESEARCH UNDERWRITERS, LLC, a Pennsylvania limited liability company,
FINANCIAL ASSOCIATES, INC., a Pennsylvania corporation, and
STEPHEN FRIEDBERG, an individual,

    Defendants.

## ORDER OF DISMISSAL AS TO RESEARCH UNDERWRITERS, LLC, ONLY

**Blackburn, J.**

The matter before me is the plaintiff's **Notice of Dismissal of Research Underwriters, LLC Pursuant To Fed.R.Civ.Pro. 41** [#12] filed July 12, 2010. After reviewing the notice and the file, I conclude that the notice should be approved and that plaintiff's claims against defendant, Research Underwriters, LLC, should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Notice of Dismissal of Research Underwriters, LLC Pursuant To Fed.R.Civ.Pro. 41** [#12] filed July 12, 2010, is **APPROVED**;

    2. That plaintiffs claims against defendant, Research Underwriters, LLC, are **DISMISSED WITHOUT PREJUDICE**; and

3. That defendant, Research Underwriters, LLC, is **DROPPED** as a named party to this litigation, and the case caption is amended accordingly.

Dated July 13, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge