IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01326-REB-KLM

MKBS, LLC d/b/a METRO TAXI,

    Plaintiff,

v.

FINANCIAL ASSOCIATES, INC., a Pennsylvania corporation, and
STEPHEN FRIEDBERG, an individual,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Protective Order Regarding Defendants' Subpoena Duces Tecum Issued to BB&T Insurance Services of California, Inc., Masoud Shahri, National Union Fire Insurance Company of Pittsburg [sic], PA, and AIG Insurance Services, Inc.** [Docket No. 47; Filed December 15, 2010] (the "Motion"). In accordance with the Court's usual practice, the parties were instructed that if they "are unable to reach agreement on a discovery issue after conferring, they shall arrange a conference call with Magistrate Judge Mix to attempt to resolve the issue." *Order Setting Scheduling/Planning Conference* [Docket No. 7] at 2, ¶E(1); *see Scheduling Order* [#26] at 15, ¶8(d) (ordering the parties to comply with the Court's discovery practices set out in the Order Setting Scheduling/Planning Conference [#7]). Contested discovery motions are not entertained until after the parties have held a conference call with the Court. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is held in abeyance pending a telephonic discovery conference with the parties. The parties shall contact the Court via telephone at their convenience to resolve the issues raised in the Motion. The parties are instructed to initiate a conference call and then, once all parties are on the line, dial the Court at **303-335-2770**. If the Court is unavailable at the time of the call, a telephonic discovery hearing will be set.

    Dated: December 20, 2010