IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01326-REB-KLM

MKBS, LLC d/b/a METRO TAXI,

    Plaintiff,

v.

FINANCIAL ASSOCIATES, INC., a Pennsylvania corporation, and
STEPHEN FRIEDBERG, an individual,

    Defendants.

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on the parties' **Stipulated Motion for Protective Order** [Docket No. 61; Filed January 12, 2011] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [Docket No. 61-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

IT IS FURTHER **ORDERED** that Plaintiff's **Motion for Protective Order** [Docket No. 47], which was held in abeyance pending the submission of the parties' general Protective Order [#61-1], see Minute Order [Docket No. 53]; Minute Order [Docket No. 58], is **DENIED as moot**.

Dated: January 13, 2011