IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01326-REB-KLM

MKBS, LLC d/b/a METRO TAXI,

    Plaintiff,

v.

FINANCIAL ASSOCIATES, INC., a Pennsylvania corporation, and
STEPHEN FRIEDBERG, an individual,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion to Amend Scheduling Order** [Docket No. 74; Filed March 15, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Scheduling Order [Docket No. 26] issued on August 23, 2010 is amended to reflect the following new deadlines:

    Deadline for the completion of discovery:    **June 30, 2011**

    Deadline for filing dispositive motions:    **July 15, 2011**

    IT IS FURTHER **ORDERED** that, in light of the September 12, 2011 trial date, no further extensions of these deadlines will be permitted.

    Dated: March 16, 2011