**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No.  10-cv-01326-REB-KLM

MKBS, LLC d/b/a METRO TAXI,

    Plaintiff,

v.

FINANCIAL ASSOCIATES, INC., a Pennsylvania corporation, and
STEPHEN FRIEDBERG, an individual,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation For Dismissal With Prejudice** [#80] filed May 20, 2011.  After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#80] filed May 20, 2011, is **APPROVED**;

2. That the Trial Preparation Conference set for August 19, 2011, is **VACATED**;

3. That the jury trial set to commence September 12, 2011, is **VACATED**;

4. That any pending motion is **DENIED** as moot; and

5. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated May 20, 2011, at Denver, Colorado.

                **BY THE COURT:**

                Robert E. Blackburn
                United States District Judge